# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>EDWARD LEE FILER, ROBERT JOSEPH GEREG, and PAUL MICHAEL KELLY | Case No. 19-CR-565<br><br>Honorable Harry D. Leinenweber |

## MOTION FOR LEAVE TO WITHDRAW ATTORNEY

Pursuant to Local Rule 83.17, attorney Valarie Hays of Riley Safer Holmes & Cancila LLP respectfully moves to withdraw as one of the attorneys for Defendant Edward Filer. Mr. Filer will continue to be represented by other attorneys from Riley Safer Holmes & Cancila LLP.

Dated: July 13, 2021

Respectfully submitted,

/s/ Valarie Hays
Valarie Hays
RILEY SAFER HOLMES & CANCILA LLP
70 W. Madison Street, Suite 2900
Chicago, IL 60602
(312) 471-8700
vhays@rshc-law.com

*Attorney for Edward Lee Filer*

## CERTIFICATE OF SERVICE

I hereby certify that on July 13, 2021 I caused the foregoing document to be electronically filed using the CM/ECF system, which will send notice of this filing to all counsel of record.

/s/ Valarie Hays