UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>EDWARD LEE FILER | No. 19 CR 565-1<br><br>Judge Steven C. Seeger |

**GOVERNMENT'S STATEMENT REGARDING ASSIGNMENT
DOCUMENTS AND THE "K FAMILY TRUST"**

The UNITED STATES OF AMERICA, by its attorney, TIMOTHY M. O'SHEA, United States Attorney for the Western District of Wisconsin, respectfully submits as follows:

Consistent with this Court's order and the facts, the government has not and will not argue that the assignment agreements were legally effective. In his Notice,[1] defendant takes issue with word choice – and specifically the use of the word "executed" – and contends that the government has violated this Court's ruling. Defendant is wrong.

Robert Gereg did sign various of the transfer documents. He dated some and left the dates in others blank. For defendant to contend that these documents were not "executed" is to deny reality. Assignment documents were executed; they were not legally effective *because the defendant did not create the K Family Trust*.

The government has elicited testimony from Paul Kelly as to his understanding regarding the existence of the K Family Trust at various points, and

---
[1] Dkt. 424.

plans to do the same with other witnesses. The government expects the evidence will show that the defendant caused others to believe that there was a K Family Trust, so a witness could testify something along the lines of "this document assigned Robert Gereg's interest to the K Family Trust." That is an accurate description of the document. The complete picture, however, is that the assignment was ineffective because the *assignee did not exist*, and the government is presenting that evidence too.

The government has not suggested that the transfers were legally effective, and has no objection to a jury instruction or stipulation stating that because there was no K Family Trust, the assignments were not legally effective.

Respectfully submitted,

TIMOTHY M. O'SHEA
United States Attorney
Western District of Wisconsin

Dated: January 27, 2025     By:     */s/Jeffrey S. Snell*
JEFFREY S. SNELL
KRISTIN M. PINKSTON
Assistant United States Attorneys
BRIAN P. NETOLS
Special Assistant U.S. Attorney
219 South Dearborn Street
Chicago, Illinois 60604
312 353-5300

2

3