**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.2)**
**Eastern Division**

UNITED STATES OF AMERICA
                Plaintiff,

v.                                        Case No.: 1:19−cr−00565
                                                Honorable Steven C. Seeger

Edward Lee Filer, et al.
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, February 7, 2025:

      MINUTE entry before the Honorable Steven C. Seeger as to Edward Lee Filer: Jury trial held on February 7, 2025. The Court instructed the jury. The parties presented closing arguments. The Court gave the verdict form to the jury. The jury began deliberations at 4:07 p.m. and reached a verdict at 5:29 p.m. The Court assembled the parties and counsel, received the verdict, and read it into the record. The jury finds Defendant not guilty on each of the two counts. The Court polled the jury. The Court confirmed that each member of the jury agreed with the verdict. The Court finds that the jury has unanimously found Defendant not guilty on each of the two counts. The Court will enter the verdict. The jury is discharged. The case is over. The Court reminds counsel and the parties of the prohibition against contacting any member of the jury. Mailed notice. (jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.